```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION
```

IN THE MATTER OF

                                        CASE NO. 3:06-MJ-1284-J-MMH

JENNIFER LYNN TAYLOR
Material Witness

_____

## O R D E R

At the hearing held this date, the United States indicated the witness has provided testimony and should be released from the obligations of her bond.  However, the government is considering the initiation of a prosecution for contempt.

Upon consideration,

**IT IS ORDERED:**

Ms. Taylor is hereby **RELEASED** from the conditions of her bond.

**DONE AND ORDERED** at Jacksonville, Florida this 7th day of November, 2006.

                                        /s/       Howard T. Snyder
                                        HOWARD T. SNYDER
                                        UNITED STATES MAGISTRATE JUDGE

Copies to:

The Honorable Marcia Morales Howard
United States Magistrate Judge

AUSA (O'Malley, Henry)

Quentin Till, Esquire

Material Witness

Pretrial Services

United States Marshals Service